**Philip J. Layfield**
**c/o Maximum Legal Holdings, LLC**
**8 The Green**
**Suite 6426**
**Dover, Delaware 19901**
**(302) 401-6804**

**Defendant Pro Se**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip James Layfield,<br><br>                     Appellant,<br><br>v.<br><br>Richard M. Pachulski, Appellee | **Case No. 2:19-cv-09375-SVW**<br><br>**REQUEST FOR TELEPHONIC APPEARANCE FOR MAY 4, 2020 ARGUMENT ON BANKRUPTCY APPEAL**<br><br>**Hearing Date:  May 4, 2020**<br><br>**Hearing Time:  1:30 pm** |

**TO THE HONORABLE STEPHEN WILSON, UNITED STATES DISTRICT COURT JUDGE, ALL PARTIES AND COUNSEL OF RECORD:**

Philip Layfield ("Appellant or Layfield"), Appellant in the above-captioned action, respectfully requests to appear via telephone for the hearing scheduled on May 4, 2020 at 1:30pm , the Honorable Stephen Wilson presiding, for Argument on Bankruptcy

Appeal currently set.  In light of the recent orders closing the courthouses to public access and because Mr. Layfield resides on the east coast, Appellant requests that Argument proceed as scheduled albeit telephonically.  There are many matters whose outcomes are affected by the results of this hearing, therefore, it is respectfully requested that this hearing be allowed to proceed telephonically.  Therefore, a telephonic appearance is requested and would be deeply appreciated.

Dated:  April 25, 2020                                           **PHILIP J. LAYFIELD**

By:_____

Philip J. Layfield
**Appellant, Pro Se**

### [PROPOSED] ORDER

The request of Philip Layfield to make a telephonic appearance at the May 4, 2020 1:30 pm Argument on Bankruptcy Appeal Hearing is GRANTED.

April ____, 2020                                           _____
                                                          United States District Judge