1   James K.T. Hunter (CA Bar No. 73369)
    PACHULSKI STANG ZIEHL & JONES LLP
2   10100 Santa Monica Blvd., 11th Floor
    Los Angeles, California  90067-4100
3   Telephone: 310/277-6910
    Facsimile:  310/201-0760
4
    Attorneys for Appellee Richard M. Pachulski,
5   Chapter 11 Trustee for the Bankruptcy Estate of
    Layfield & Barrett, APC
6

7

8                  **UNITED STATES DISTRICT COURT**

9          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11  In re                                           Case No. 2:19-CV-09375-SVW

12  PHILIP JAMES LAYFIELD,

13              Debtor.

14  PHILIP JAMES LAYFIELD,                           **REQUEST FOR TELEPHONIC
                                                     APPEARANCE FOR MAY 4, 2020**
15              Appellant,                           **ARGUMENT ON BANKRUPTCY
                                                     APPEAL; AND ORDER**
16      v.                                           **APPROVING REQUEST**

17  RICHARD M. PACHULSKI, CHAPTER 11                 Hearing Date:  May 4, 2020
    TRUSTEE FOR THE BANKRUPTCY                       Time:  1:30 p.m.
18  ESTATE OF LAYFIELD & BARRETT,
    APC,
19
                Appellee.
20

21

22

23

24

25

26

27

28

DOCS_LA:329185.1 51414/001

1    Richard M. Pachulski, Chapter 11 Trustee for the Bankruptcy Estate of Layfield

2  & Barrett, APC ("Trustee" or "Appellee"), Appellee in the above-captioned action,

3  respectfully requests to appear via telephone for the hearing scheduled on May 4,

4  2020 at 1:30 p.m.., the Honorable Stephen Wilson presiding, for Argument on

5  Bankruptcy Appeal currently set.  In light of the recent orders closing the courthouses

6  to public access, the Trustee requests that Argument proceed as scheduled albeit

7  telephonically.  Therefore, the Trustee hereby respectfully requests for a telephonic

8  appearance.

9

10  Dated:  April 28, 2020                     Respectfully submitted,

11
                                           PACHULSKI STANG ZIEHL & JONES LLP
12

13                                         By      */s/ James K.T. Hunter*
                                                   James K.T. Hunter
14                                                 Attorneys for Appellee
                                                   Richard M. Pachulski, Chapter 11
15                                                 Trustee for the Bankruptcy Estate of
                                                   Layfield & Barrett, APC
16

17                          **[PROPOSED] ORDER**

18
        The Request of  Richard M. Pachulski, Chapter 11 Trustee for the Bankruptcy
19
    Estate of Layfield & Barrett, APC to make a telephonic appearance at the May 4,
20
    2020 1:30 pm Argument on Bankruptcy Appeal Hearing is GRANTED.
21

22  Dated:  April __, 2020              _____

23                                     United States District Court Judge

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2020, I caused a copy of the foregoing **REQUEST FOR TELEPHONIC APPEARANCE FOR MAY 4, 2020 ARGUMENT ON BANKRUPTCY APPEAL; AND ORDER APPROVING REQUEST** to be served on Appellant Philip James Layfield at phil@maximum.global by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 28, 2020, at Los Angeles, California.

*/s/ Mary de Leon*
Mary de Leon

DOCS_LA:329185.1 51414/001

1